**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Don Betos Tacos-Raleigh Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 81-0685183 |
| **4.** | **Debtor's address** | **Principal place of business** 421 Chapanoke Rd. Ste. 105 Raleigh, NC 27603 Number, Street, City, State & ZIP Code  Wake County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  Don Betos Tacos-Raleigh Inc.  
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  Don Betos Tacos-Raleigh Inc.      Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Don Betos Tacos-Raleigh Inc.
        Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 17, 2020
              MM / DD / YYYY

**X** /s/ Bryan Flores                                              Bryan Flores
Signature of authorized representative of debtor                    Printed name

Title   President

**18. Signature of attorney**

**X** /s/ William P. Janvier                                        Date  November 17, 2020
Signature of attorney for debtor                                          MM / DD / YYYY

William P. Janvier 21136
Printed name

Janvier Law Firm, PLLC
Firm name

311 East Edenton Street
Raleigh, NC 27601
Number, Street, City, State & ZIP Code

Contact phone   919-582-2323        Email address   bill@janvierlaw.com

21136 NC
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Don Betos Tacos-Raleigh Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ASSN Company Attn: Managing Agent PO Box 2576 Springfield, IL 62708 | | Any & All Assets | | Unknown | $0.00 | Unknown |
| Capital One Attn:  Managing Agent PO Box 30285 Salt Lake City, UT 84130 | | Credit Card | | | | $3,000.00 |
| Chase Attn:  Managing Agent PO Box 15298 Wilmington, DE 19886 | | Credit Card | | | | $3,500.00 |
| First Data Merchant Cash Advance Attn:  Managing Agent 4000 Coral Ridge Dr. Coral Springs, FL 33065 | | Any & All Credit Card Receivables | | Unknown | $0.00 | Unknown |
| First Data Merchant Services, LLC Attn:  Managing Agent 4000 Coral Ridge Dr. Coral Springs, FL 33065 | | Credit card receivables | | Unknown | $0.00 | Unknown |
| Kapitus Servicing Attn: Managing Agent 2500 Discovery Blvd., Ste. 200 Rockwall, TX 75032 | | Loan | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  Don Betos Tacos-Raleigh Inc.
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Funding, Inc. Attn: Managing Agent 9820 Towne Ctr Dr, Ste 200 San Diego, CA 92121 | | Any & All Assets | | $85,738.51 | $0.00 | $85,738.51 |
| NC Dept. of Revenue Attn: Bankruptcy Unit PO Box 1168 Raleigh, NC 27602-1168 | | Sales & Use Taxes | | | | $60,000.00 |
| On Deck Capital Attn:  Managing Agent 901 N. Stuart St., Ste. 700 Arlington, VA 22203 | | Loan | | | | $25,000.00 |
| Rapid Advance Attn:  Managing Agent 4500 EastWest Hwy, 6th Fl Bethesda, MD 20814 | | Loan | | | | $40,000.00 |
| US Foods, Inc. Attn:  Managing Agent 1500 NC Hwy 39 Zebulon, NC 27597 | | Any & All Assets | | Unknown | $0.00 | Unknown |
| Vend Lease Company Attn: Managing Agent 8100 Sandpiper Circile, Ste 300 Baltimore, MD 21236 | | Cash register | | Unknown | Unknown | Unknown |
| Wells Fargo Attn:  Managing Agent PO Box 6426 Carol Stream, IL 60197-6426 | | Credit Card | | | | $600.00 |
| Wells Fargo Auto Finance Attn: Managing Agent P.O. Box 29704 Phoenix, AZ 85038-9704 | | 2010 Ford Truck | | $10,126.34 | Unknown | Unknown |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re: Don Betos Tacos-Raleigh Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bryan Flores<br>501 South Lombard Street<br>Clayton, NC 27520 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: November 17, 2020

Signature: /s/ Bryan Flores
Bryan Flores

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   Don Betos Tacos-Raleigh Inc.   Debtor(s)

Case No.  
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   November 17, 2020

/s/ Bryan Flores  
Bryan Flores/President  
Signer/Title

ASSN Company
Attn: Managing Agent
PO Box 2576
Springfield, IL 62708

Kapitus Servicing
Attn: Managing Agent
2500 Discovery Blvd., Ste. 200
Rockwall, TX 75032

Rapid Advance
Attn: Managing Agent
4500 EastWest Hwy, 6th Fl
Bethesda, MD 20814

Bryan Flores
501 South Lombard Street
Clayton, NC 27520

Lien Solutions
Attn: Managing Agent
PO Box 29071
Glendale, CA 91209-9071

TK Desco, LLC
Attn: Managing Agent
103 Rothschild Place
Cary, NC 27511

Capital One
Attn: Managing Agent
PO Box 30285
Salt Lake City, UT 84130

National Funding
Attn: Jennifer E. Duty
9820 Towne Ctr Dr, Ste 200
San Diego, CA 92121

US Foods, Inc.
Attn: Managing Agent
1500 NC Hwy 39
Zebulon, NC 27597

Chase
Attn: Managing Agent
PO Box 15298
Wilmington, DE 19886

National Funding
Attn: Tara Muren
9820 Towne Ctr Dr, Ste 200
San Diego, CA 92121

Vend Lease Company
Attn: Managing Agent
8100 Sandpiper Circile, Ste 300
Baltimore, MD 21236

Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

National Funding
Attn: James E. Hawley
9820 Towne Ctr Dr, Ste 200
San Diego, CA 92121

Wells Fargo
Attn: Managing Agent
PO Box 6426
Carol Stream, IL 60197-6426

First Data Merchant Cash Advance
Attn: Managing Agent
4000 Coral Ridge Dr.
Coral Springs, FL 33065

National Funding, Inc.
Attn: Managing Agent
9820 Towne Ctr Dr, Ste 200
San Diego, CA 92121

Wells Fargo Auto Finance
Attn: Managing Agent
P.O. Box 29704
Phoenix, AZ 85038-9704

First Data Merchant Services, LLC
Attn: Managing Agent
4000 Coral Ridge Dr.
Coral Springs, FL 33065

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Zwicker & Associates
Attn: Jessica Moreau
PO Box 481918
Charlotte, NC 28269

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

NCS UCC Services Group
Attn: Managing Agent
PO Box 24101
Cleveland, OH 44124

Interstate Cash Register
Attn: Managing Agent
430 N. First Ave.
Knightdale, NC 27545

On Deck Capital
Attn: Managing Agent
901 N. Stuart St., Ste. 700
Arlington, VA 22203

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: Don Betos Tacos-Raleigh Inc.
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Don Betos Tacos-Raleigh Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 17, 2020
Date

/s/ William P. Janvier
William P. Janvier 21136
Signature of Attorney or Litigant
Counsel for Don Betos Tacos-Raleigh Inc.
Janvier Law Firm, PLLC
311 East Edenton Street
Raleigh, NC 27601
919-582-2323 Fax:866-809-2379
bill@janvierlaw.com